LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252

Attorneys for Plaintiff JAMES SANFORD

MARTIN H. ORLICK
JEFFER MANGELS BUTLER & MARMARO, LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Attorney for Defendant CRAB ADDISON, INC.
dba RUSTY DUCK

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, <br><br> Plaintiff, <br><br> vs. <br><br> CRAB ADDISON, INC. dba RUSTY DUCK, et al.; <br><br> Defendants. | Case No. CIV. S-05-1194 LKK GGH <br><br> **STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE FOR EXPERTS DISCLOSURE** |

    The parties, by and through their counsel, hereby stipulate and request that the deadline for the Expert Disclosures, currently scheduled by the Court for June 29, 2006, be continued for sixty (60) days to August 28, 2006 to allow time for the experts to prepare their reports after a site inspection at the Rusty Duck Restaurant (the "Property") which is the subject of this litigation. Rebuttal expert disclosures shall be due on or before September 27, 2006. Discovery cut-off, currently set for September 27, 2006 shall be

PDF created with pdfFactory trial version www.pdffactory.com

extended for thirty (30) days to October 27, 2006 to allow time for parties to depose experts.

Defendant's expert is hospitalized and unable to attend a site inspection within the next few weeks at the Property. The parties hereby agree the site inspection shall take place about June 9, 2006. All other dates and deadlines ordered by the Court shall remain in effect.

It is so stipulated:

Dated: May 8, 2006    LAW OFFICES OF LYNN HUBBARD

/s/ Lynn Hubbard, III
Lynn Hubbard, III , Esq.
Attorney for Plaintiff JAMES SANDORD

Dated: May 5, 2006    JEFFER MANGELS BUTLER & MARMARO, LLP

/s/ Martin H. Orlick
Martin H. Orlick, Esq.
Attorney for Defendant CRAB ADDISON, INC. dba RUSTY DUCK

GOOD CAUSE APPEARING IT IS SO ORDERED:

Dated: May 11, 2006.    /s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court

Sanford v. Rusty Duck, et al. .
CIV. S- 05-1194 LKK GGH
STIPULATION AND ORDER FOR CONTINUANCE OF EXPERT DISCLOSURE

MS Word EAP SF  495320v2  61545-0033  5/4/06

PDF created with pdfFactory trial version www.pdffactory.com