Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | CIV.S 05-1194 LKK GGH |
| Plaintiff, | **Stipulation To Continue the Rule 34 Site Inspection and Order Thereon** |
| vs. | |
| CRAB ADDISON INC. dba RUSTY DUCK. | |
| Defendants. | |

The parties, subject to approval of the Court, stipulate as follows:

1. Plaintiff brought this action against Rusty Duck and the surrounding property, which is located at 500 Bercut Drive in Sacramento, California.

2. Through Court Order, the parties previously agreed to conduct the Rule 34 site inspection on June 9, 2006. *See* Docket #13.

3. The parties are currently negotiating settlement and feel that a

continuance of the site inspection would allow the parties to further pursue settlement and avoid additional attorney fees and costs in the interim.

   4. The parties have agreed that the Rule 34 site inspection shall take place on June 30, 2006 at 9:00 a.m.

Dated: June 6, 2006   LAW OFFICES OF LYNN HUBBARD

         /s/ Lynn Hubbard, Esquire
         LYNN HUBBARD, III
         Attorney for Plaintiff

Dated: June 6, 2006   JEFFER MANGELS BUTLER & MARMARO, LLP

         /s/ Marty Orlick, Esquire
         MARTIN H. ORLICK
         Attorneys for Defendants
         CRAB ADDISON, INC. dba RUSTY DUCK

## Order

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Rule 34 site inspection shall take place on June 30, 2006 at 9:00 a.m.

Dated: June 13, 2006

         Lawrence K. Karlton, Senior Judge