Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| James Sanford, | Case No. CIV.S 05-1194 LKK GGH |
|---|---|
| Plaintiff, | **Stipulation to Amend the Scheduling Order and Order Thereon** |
| vs. | |
| Crab Addison, Inc. dba Rusty Duck, et al., | Complaint Filed: June 13, 2005<br>Pretrial Conference: April 23, 2007 |
| Defendants. | |

*Sanford v. Rusty Duck, et al.*, Case No. CIV.S 05-1194 LKK GGH
Stipulation to Continue Expert Disclosures and Rebuttal Expert Disclosures

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties were served with the Status (Pre-trial
2  Scheduling) Order (hereinafter "Scheduling Order) on August 25, 2005 in this
3  matter;
4  WHEREAS, the Scheduling Order provides that on or before October
5  31, 2006, each party shall comply with the disclosure provisions as set forth
6  in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure
7  (hereinafter "FRCP");
8  WHEREAS, the parties are currently engaged in settlement
9  negotiations and are unable to coordinate a date for the Rule 34 Site
10 Inspection the beginning of October and plaintiff's expert will not have
11 sufficient time to prepare his report.  Therefore, the parties seek to extend the
12 dates for disclosures under FRCP 26(a)(2)(A) and (B).
13 IT IS HEREBY STIPULATED AND AGREED by and among the
14 parties that the Scheduling Order be amended as follows:
15 1.  On or before November 6, 2006 each party shall comply with the
16 disclosure provisions set forth in FRCP 26(a)(2)(A) and (B);
17 2.  Nothing in this Stipulation shall be construed to effect any other
18 date set forth in the Court's Scheduling Order, as all other dates shall remain
19 the same.
20 Dated: October 5, 2006    LAW OFFICES OF LYNN HUBBARD
21
22                              /s/ Lynn Hubbard, Esquire
23                             LYNN HUBBARD, III
                                Attorney for Plaintiff
24
25
26
27
28

*Sanford v. Rusty Duck, et al.*, Case No. CIV.S 05-1194 LKK GGH
Stipulation to Continue Expert Disclosures and Rebuttal Expert Disclosures

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 2, 2006    JEFFER MANGELS BUTLER & MARMARO

 /s/ Martin Orlick, Esquire
MARTIN H. ORLICK
Attorneys for Defendants
CRAB ADDISON, INC. dba RUSTY DUCK

**<u>Order</u>**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

    1.    On or before November 6, 2006 each party shall comply with the disclosure provisions set forth in FRCP 26(a)(2)(A) and (B);

    2.    Nothing in this Stipulation shall be construed to effect any other date set forth in the Court's Scheduling Order, as all other dates shall remain the same.

Dated: October 5, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Sanford v. Rusty Duck, et al.*, Case No. CIV.S 05-1194 LKK GGH
Stipulation to Continue Expert Disclosures and Rebuttal Expert Disclosures
- 3 -

PDF created with pdfFactory trial version www.pdffactory.com