1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES SANFORD,
                                        NO. Civ. S-05-1194 LKK/GGH
12          Plaintiff,

13      v.                              **ORDER RE DISPOSAL**
                                        **DOCUMENTS AFTER**
14  CRAB ADDISON, INC., dba             **NOTIFICATION OF SETTLEMENT**
    RUSTY DUCK, et al
15
            Defendants.
16  _____/

17

18      Counsel for plaintiff has informed the court that the parties

    have settled the above-captioned case.  The court now orders that
19
    the dispositional documents disposing of the case be filed no later
20
    than thirty (30) days from the effective date of this order.
21
        All hearing dates heretofore set in this matter are hereby
22
    **VACATED.**
23
    ////
24
    ////
25
    ////
26

                                    1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4    IT IS SO ORDERED.

5    DATED:  November 7, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2