1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  MARTIN ORLICK, SBN 83908
   JEFFER MANGLES BUTLER & MARMARO, LLP
7  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111
8  Telephone: (415) 398-8080
   Fax: (415) 398-5584
9
   Attorney for Defendant
10

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14 JAMES SANFORD,                    Case No. CIV. S-05-01194-LKK-GGH

15     Plaintiff,

16 v.                                **STIPULATION OF DISMISSAL AND ORDER THEREON**

17 CRAB ADDISON, INC. dba RUSTY DUCK,

18     Defendant.
                                    /
19

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon                Sanford v. Rusty Duck
                                                                 CIV. S-05-01194-LKK-GGH

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendant, CRAB ADDISON, INC. dba RUSTY DUCK, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: November 15, 2006          LAW OFFICES OF LYNN HUBBARD, III


 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: November 15, 2006          JEFFER MANGELS BUTLER & MARMARO, LLP


 /s/ Martin H. Orlick
MARTIN H. ORLICK
Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01194-LKK-GGH, is hereby dismissed with prejudice.

Dated: November 17, 2006.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT